**No. 09-8667. Dale D. Godown, Petitioner v. John C. Marshall, Warden.**

559 U.S. 1014, 130 S. Ct. 1899, 176 L. Ed. 2d 377, 2010 U.S. LEXIS 2704.

March 22, 2010. Petition for writ of cer-

tiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 329 Fed. Appx. 140.